■ RUTH F. SCHWARTZ, Respondent, v MORTON I. SCHWARTZ, Appellant. —Order, Supreme Court, New York County, entered October 8, 1976, granting, *inter alia,* temporary alimony and child support in the amount of $400 per week and granting temporary custody of the children to the wife, unanimously modified, on the facts and in the exercise of discretion, to the extent of reducing the award of temporary alimony and child support to $250 per week from the date of this order, and otherwise affirmed, without costs or disbursements. Our review of the record indicates that the award of temporary alimony and child support was excessive to the extent indicated. Concur—Kupferman, J. P., Lupiano, Evans and Lane, JJ.

■ In the Matter of LEVERNICE DAVID, Respondent, v NEW YORK CITY HOUSING AUTHORITY, Appellant, and HARRISON J. GOLDIN, as Comptroller of the City of New York, et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County, entered March 15, 1977, unanimously affirmed, without costs and without disbursements. We quite agree with the conclusion of Special Term that petitioner's suspension was improper from the very outset. We would add however that, in any event, respondent-appellant housing authority was solely responsible for the ensuing delay in processing what proved to be unfounded charges. The credible evidence is entirely to this effect and, except for the first 30 days, petitioner is entitled to be paid up to the time of reinstatement. Concur—Birns, J. P., Lane, Markewich and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN GRIFFIN, Appellant.—Judgment, Supreme Court, New York County, rendered on February 6, 1976, unanimously affirmed. There was no lineup or showup by the police or other circumstances warranting a *Wade* hearing. Concur—Kupferman, J. P., Lupiano, Evans and Lynch, JJ.

■ J. FRANKLIN SHAAK, Appellant, v PHILLIP G. FAULKNER et al., Respondents.—Order and judgment, Supreme Court, New York County, entered on April 18, 1977 and April 20, 1977, unanimously affirmed for the reasons stated by H. Schwartz, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Birns and Lane, JJ.

■ MURRAY BECKER, Respondent, v JULIEN, BLITZ & SCHLESINGER, P. C., et al., Appellants.—Application for permission to withdraw appeal from order, Supreme Court, New York County, entered on June 24, 1977, granted on payment by appellants to respondent of $40 costs and reproduction costs established on receipted bills. Settle order on notice. Concur—Lupiano, J. P., Evans, Capozzoli and Markewich, JJ.